JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER T.,<br><br>        Plaintiff,<br><br>  vs.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>        Defendant. | CASE NO. CV 18-6762 AGR<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is reversed, and remanded for consideration of Plaintiff's mental impairment(s) and his credibility.

DATED: September 25, 2019

                                              ALICIA G. ROSENBERG
                                           United States Magistrate Judge